## JACOB BRIGHT ET AL. *vs.* A. C. WOODS.

### APPEAL from Howard Circuit Court.

TOMPKINS, J., *delivered the opinion of the Court.*

This case is of the same character as that of Bright et al. *vs.* White, and the same judgment will be entered.